**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1683

ELICIA D. PLEDGER,

Plaintiff - Appellant,

versus

CHILDREN'S HOSPITAL OF THE KING'S DAUGHTERS,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Tommy E. Miller, Magistrate Judge.
(CA-00-720-2)

Submitted:  February 21, 2002          Decided:  March 4, 2002

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elicia D. Pledger, Appellant Pro Se.  William McCardell Furr, WILLCOX & SAVAGE, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elicia D. Pledger seeks to appeal the magistrate judge's order granting summary judgment to the employer in Pledger's civil action alleging employment discrimination.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm the magistrate judge's order for the reasons as stated from the bench. See Pledger v. Children's Hosp. of the King's Daughters, No. CA-00-720-2 (E.D. Va. May 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the magistrate judge's jurisdiction under 28 U.S.C.A. § 636(c) (West Supp. 2001).

2